**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIANE MAE HUNT**,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**CAROLYN W. COLVIN**,<br><br>　　　　　Defendant. | Case No.: 15-cv-2652 YGR<br><br>**JUDGMENT AGAINST DEFENDANT IN FAVOR OF PLAINTIFF** |

　　　The Court having granted the Stipulation of the parties to voluntarily remand the case for further administrative action and enter judgment against defendant, it is **ORDERED, ADJUDGED AND DECREED** that:

　　　Judgment is entered in favor of Plaintiff and against Defendant. The decision of the Commissioner is **REVERSED** and **REMANDED**.

　　　**IT IS SO ORDERED.**

Dated: January 13, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZÁLEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**